# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br>   v.<br><br>KAREN RICCIARDO,<br><br>          Defendant. | Case No. 2:02-CR-000614-LDG-RJJ-1<br><br>**CLARIFICATION ORDER** |

This matter is before the Court to clarify the Judgment previously entered in this criminal case (ECF No. 29 ("Judgment")), following the sentencing held on September 10, 2004. Upon further review of the restitution order in this case, the specific information needed to complete the order of restitution was not made a part of the Judgment. The Court finds good cause exists to clarify the Judgment.

It is therefore ordered that Defendant Karen Ricciardo must make restitution to the following payee listed below:

**Name of Payee:**    SOCIAL SECURITY ADMINISTRATION
Social Security Survivor's Insurance Benefits
Mid-Atlantic PSC
P.O. Box 3430
Philadelphia, PA 19122

**Amount of Restitution:** $9,416.50

**Total Amount of Restitution ordered: $9,416.50**

The Restitution amount of $9,416.50 does not include any payments receipted by the Court.

DATED THIS 12th Day of June 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE